■ WARREN WELCH, Appellant, v ANNE G. WELCH, Respondent.—Order unanimously affirmed with costs. Memorandum: The court properly continued in effect the temporary order of maintenance and child support, even though the cause of action for a divorce had been dismissed, because the issues of maintenance and child support remained for determination (see, Blisko v Blisko, 149 AD2d 127, 129; Gunn v Gunn, 143 AD2d 393, 396). (Appeal from order of Supreme Court, Monroe County, Rosenbloom, J.—temporary support.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ OWL HOMES OF FREDONIA INC., Appellant, v GYPSUM MILLS ESTATES, Respondent.—Order unanimously affirmed without costs. Memorandum: The court did not abuse its discretion in denying plaintiff's motion for an order of attachment pursuant to CPLR 6201 (3). Plaintiff failed to prove defendant's intent to frustrate the enforcement of a judgment (see, Laco X-Ray Sys. v Fingerhut, 88 AD2d 425, lv dismissed 58 NY2d 606; see also, Computer Strategies v Commodore Business Machs., 105 AD2d 167, rearg and lv denied 110 AD2d 743). (Appeal from order of Supreme Court, Monroe County, Curran, J.—attachment.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ ROBERT U. BLADES et al., Appellants, v NEW YORK STATE LOW-LEVEL RADIOACTIVE WASTE SITING COMMISSION, Respondent.—Order unanimously affirmed without costs. Memorandum: The court properly granted a preliminary injunction enjoining plaintiffs from interfering with the entry of New York State Low-Level Radioactive Waste Siting Commission upon plaintiffs' property for the purpose of making tests and surveys pursuant to ECL 29-0305. "The Legislature has long recognized the necessity for entry upon private property for the purpose of making surveys and examinations prior to construction of public improvements" (King v Power Auth., 44 AD2d 74, 76, affd 38 NY2d 756). Moreover, condemnation is not required prior to entry (King v Power Auth., supra, at 75-76). (Appeal from order of Supreme Court, Allegany County, Gorski, J.—preliminary injunction.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.